**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 140 EM 2017 |
| Respondent | : |
| v. | : |
| SAMMIE CAMPBELL, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2018, the Application to Exceed 9,000 Word Count Limitation is DENIED. Counsel is DIRECTED to file a compliant Petition for Allowance of Appeal within 30 days.